STAY, TRANSFERRED OUT

**U.S. District Court**
**Northern District of Alabama (Northwestern)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-01732-UWC**
**Internal Use Only**

A TRUE COPY
SHARON HARRIS, ACTING CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: DEPUTY CLERK

Horton v. Davol, Inc et al
Assigned to: Judge U W Clemon
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/21/2007
Date Terminated: 11/14/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donald Ray Horton** represented by **Jeffrey S Daniel**
PO Box 131323
Birmingham, AL 35213
531-1287
Email: jsd10@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc** represented by **Crawford S McGivaren, Jr**
CABANISS JOHNSTON GARDNER
DUMAS & O'NEAL
PO Box 830612
Birmingham, AL 35283-0612
716-5200
Email: csm@cabaniss.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard, Inc** represented by **Crawford S McGivaren, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2007 | 1 | COMPLAINT against Davol, Inc, C R Bard, Inc (Filing fee $ 350 rec # 200 240036.), filed by Donald Ray Horton.(KAM, ) (Entered: 09/27/2007) |
| 09/21/2007 | | Request for service by certified mail filed by Donald Ray Horton (within |

| | | |
|---|---|---|
| | | the body of the complaint). (KAM, ) (Entered: 09/27/2007) |
| 09/21/2007 | | Summons Issued as to Davol, Inc, C R Bard, Inc. mailed certified mail (KAM, ) (Entered: 09/27/2007) |
| 10/10/2007 | 2 | SUMMONS Returned Executed upon dft Davol, Inc served on 10/6/2007, answer due 10/26/2007. (SRJ, ) (Entered: 10/15/2007) |
| 10/11/2007 | 3 | SUMMONS Returned Executed upon dft C R Bard, Inc served on 10/8/2007, answer due 10/29/2007. (SRJ, ) (Entered: 10/15/2007) |
| 10/17/2007 | 4 | MOTION to Stay *Proceedings Pending Transfer to Federal MDL* by Davol, Inc, C R Bard, Inc. (McGivaren, Crawford) (Entered: 10/17/2007) |
| 10/26/2007 | 5 | ORDER granting 4 Motion to Stay & imposing periodic reporting requirements as spelled out.. Signed by Judge U W Clemon on 10/26/07. (DJS, ) (Entered: 10/26/2007) |
| 11/14/2007 | 6 | ORDER TRANSFERRING case to the District of Rhode Island pursuant to MDL #1842; original electronic record and certified copy of docket entries sent to Clerk of Court.. Signed by Judge U W Clemon on November 14, 2007. (Attachments: # 1 CTO-7)(SRJ, ) (Entered: 11/14/2007) |